# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05-CV-293-GCM-DCK

| | |
|---|---|
| KATHERINE E. WEAVER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Vacation Of Pretrial Scheduling Order (Document No. 14) filed July 17, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Vacation Of Pretrial Scheduling Order (Document No. 14) is **GRANTED**. The Court's June 26, 2008 Pretrial Scheduling Order is hereby vacated pending the Appeals Council's consideration of Plaintiff's exceptions to the ALJ's decision on remand. The civil docket is amended to reflect this case's status as CLOSED pending completion of the administrative remand process.

Signed: July 29, 2008

David C. Keesler
United States Magistrate Judge